UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Lonnie D. Johnson,    )<br>    )<br>    )<br>    Plaintiff(s)    )<br>    )<br>    vs.    )<br>    )<br>Black Gold Farms,    )<br>    )<br>    )<br>    Defendant(s)    ) | Case No. 4:10cv00859 SNLJ |

## **ORDER**

The above styled and numbered case was filed on May 11, 2010 and randomly assigned to the Stephen N. Limbaugh, Jr., United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division, given Case No. 1:10cv00083 and randomly assigned to Stephen N. Limbaugh, Jr., United States District Judge.

Dated this 11th Day of May, 2010.

                                  JAMES G. WOODWARD, CLERK

                                  By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 1:10cv00083 SNLJ.**